UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE BOEING COMPANY,

Defendant.

No. C19-0597 RSM

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT

Defendant The Boeing Company ("Boeing") moves under Local Rule CR 7(d)(1) for an extension of the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 9). Counsel for Boeing conferred with counsel for Plaintiffs Cynthia Johnson, Brenda Bezeredi, and Jaine Bialk ("Plaintiffs"), and Plaintiffs do not oppose this motion.

Boeing requests that the Court extend: (1) the deadline for Boeing to serve its Answer to Plaintiffs' Complaint from May 21 to June 28, 2019; (2) the deadline for the FRCP 26(f) Conference from June 14 to July 12, 2019; (3) the deadline for Initial Disclosures pursuant to FRCP 26(a)(1) from June 21 to July 19, 2019, and (4) the deadline for the Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Rule CR 16 from June 28 to July 26, 2019. This motion is made for good cause and not for the purpose of delay. The

STIPULATION AND ORDER TO EXTEND DEADLINES (No. 2:19-cv-00597) –1

92152496.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

deadline extension sought herein will assist Boeing in efficiently handling this class and collective action by allowing it to invest concentrated time at the beginning of the case to evaluate the data, information, and materials involved.

For the foregoing reasons, Boeing respectfully requests that the Court extend the case deadlines as outline above.

DATED: May 20, 2019

By: s/ Chelsea Dwyer Petersen
By: s/ William B. Stafford
By: s/ Charles N. Eberhardt
By: s/ Stephanie R. Holstein
Chelsea Dwyer Petersen #33787
William B. Stafford #39849
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CDPetersen@perkinscoie.com
BStafford@perkinscoie.com
CEberhardt@perkinscoie.com
SHolstein@perkinscoie.com
*Attorneys for Defendant*

By: s/ Molly A. Elkin
Molly A. Elkin
Sarah M. Block
McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

David M. Gaba
Compass Law Group
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154
Telephone: 206.251.5488
Email: davegaba@compasslegal.com

STIPULATION AND ORDER TO EXTEND
DEADLINES (No. 2:19-cv-00597) –2

92152496.1

Patricia L. Vannoy
Mattson Ricketts Law Firm
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this 22nd day of May 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
DEADLINES (No. 2:19-cv-00597) –3

92152496.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000