THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, and JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:19-cv-00597<br><br>STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION |

Defendant The Boeing Company ("Boeing") moves under Local Rule CR 7(d)(1) for an extension of the remaining deadlines (Boeing's opposition and Plaintiffs' reply) on Plaintiffs' Motion for Conditional Certification (Dkt. #13). Counsel for Boeing conferred with counsel for Plaintiffs Cynthia Johnson, Brenda Bezeredi, and Jaine Bialk ("Plaintiffs"), and Plaintiffs stipulate to this motion.

On May 28, 2019, Plaintiffs filed their Motion for Conditional Certification, noted for Friday, June 21 (Dkt. #13). Boeing's opposition brief is currently due June 17, and Plaintiffs' reply on June 21. Per the Court's Order dated May 22, the deadline for Boeing to file its initial responsive pleading in this matter is June 28 (Dkt. #12).

Boeing intends to file a motion to dismiss with regard to Plaintiffs' claim to represent "similarly situated" members of a putative collective action under the Fair Labor Standards Act ("FLSA"). This motion will bear directly on the composition and scope of the putative collective action. Accordingly, the resolution of this motion to dismiss will, in Boeing's view, have a direct impact on the question of conditional certification and, accordingly, the content of Boeing's anticipated opposition to Plaintiffs' Motion for Conditional Certification (and thus Plaintiffs' anticipated reply brief as well).

Boeing believes that judicial resources will be conserved by extending Boeing's response deadline to the Motion for Conditional Certification until eighteen (18) days after the earlier of the date that (a) the Court rules upon Boeing's forthcoming motion to dismiss, which will be filed no later than June 28, 2019, or (b) the date on which the Tolling Agreement attached hereto as Exhibit A is otherwise terminated according to its terms. This is the same length of time Boeing would ordinarily have to submit an opposition brief to a motion under Local Rule 7(d)(3) (assuming such motion was filed on a Thursday). Plaintiffs shall then have four business days to submit a reply brief.

For the foregoing reasons, the parties respectfully request that the Court extend the time for further briefing on Plaintiffs' Motion for Conditional Certification as outlined above.

DATED: June 13, 2019

By: s/ William B. Stafford
William B. Stafford #39849
Chelsea Dwyer Petersen #33787
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CEberhardt@perkinscoie.com
CDPetersen@perkinscoie.com
BStafford@perkinscoie.com
SHolstein@perkinscoie.com

*Attorneys for Defendant*

By: s/ Molly A. Elkin
Molly A. Elkin
Sarah M. Block
**McGillivary Steele Elkin LLP**
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

David M. Gaba
**Compass Law Group**
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154
Telephone: 206.251.5488
Email: davegaba@compasslegal.com

Patricia L. Vannoy
**Mattson Ricketts Law Firm**
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this 18 day of June, 2019

                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ William B. Stafford
William B. Stafford #39849
Chelsea Dwyer Petersen #33787
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: CDPetersen@perkinscoie.com
        BStafford@perkinscoie.com
        CEberhardt@perkinscoie.com
        SHolstein@perkinscoie.com
*Attorneys for Defendant*

By: s/ Molly A. Elkin
Molly A. Elkin
Sarah M. Block
**McGillivary Steele Elkin LLP**
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

David M. Gaba
**Compass Law Group**
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154
Telephone: 206.251.5488
Email: davegaba@compasslegal.com

Patricia L. Vannoy
**Mattson Ricketts Law Firm**
134 S 13th Street, Ste. 1200

Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com
*Attorneys for Plaintiff*