THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:19-cv-00597<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND STAY TO APRIL 10, 2020<br><br>NOTE ON MOTION CALENDAR:<br>January 23, 2020 |

The parties, by and through the undersigned counsel, hereby submit this Stipulated Motion to Extend Stay. For good cause shown and consistent with the Court's October 1, 2019 Stipulated Motion and Order to Stay Case (Dkt. # 24), the parties hereby advise the Court that mediation is confirmed for April 2, 2020 and respectfully request that the case and all deadlines and motions continue to be stayed until April 10, 2020.

This motion is made for good cause and not for the purpose of delay. The parties have scheduled mediation with David A. Rotman for April 2, 2020 and are in the process of exchanging limited information, including payroll and timekeeping data. The parties jointly agree that extending the stay of the case and all deadlines and motions will permit the parties to engage in good faith settlement negotiations and continue to work towards a potential resolution of this matter.

STIPULATED MOTION TO EXTEND
STAY TO APRIL 10, 2020
(No. 2:19-cv-00597) –1
92243166.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

For the foregoing reasons, the parties respectfully request that the Court extend the stay in this matter until April 10, 2020, to enable the parties to attend the scheduled mediation.

DATED: January 23, 2020

By: *s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen #33787
William B. Stafford #39849
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:   CDPetersen@perkinscoie.com
         WStafford@perkinscoie.com
         CEberhardt@perkinscoie.com
         SHolstein@perkinscoie.com
*Attorneys for Defendant*

By: *s/ Molly A. Elkin*
Molly A. Elkin, *pro hac vice*
Sarah M. Block, *pro hac vice*
McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

David M. Gaba (WA Bar No. 18908)
Compass Law Group
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154
Telephone: 206.251.5488
Email: davegaba@compasslegal.com

Patricia L. Vannoy, *pro hac vice*
Mattson Ricketts Law Firm
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO APRIL 10, 2020
(No. 2:19-cv-00597) –2
92243166.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Given the above stipulation, the Court finds good cause to extend the stay until April 10, 2020. All pending motions will be renoted for that date.**

DATED this 24th day of January 2020.

/s Ricardo S. Martinez
United States Chief District Judge

Presented by:

*/s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen (WA Bar No. 3378)
William B. Stafford (WA Bar No. 39849)
Charles N. Eberhardt (WA Bar No. 18019)
Stephanie R. Holstein (WA Bar No. 50802)
Perkins Coie LLP

*Attorneys for Defendant*


*/s/ Molly A. Elkin*
Molly A. Elkin *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGillivary Steele Elkin LLP

David M. Gaba (WA Bar No. 18908)
Compass Law Group, PS Inc.

Patricia L. Vannoy *(admitted pro hac vice)*
Mattson Ricketts Law Firm

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO APRIL 10, 2020
(No. 2:19-cv-00597) –3
92243166.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000