THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:19-cv-00597<br><br>STIPULATED MOTION AND ORDER TO EXTEND STAY TO JUNE 12, 2020<br><br>NOTE ON MOTION CALENDAR:<br>April 7, 2020 |

The parties, by and through the undersigned counsel, hereby submit this Stipulated Motion to Extend Stay. For good cause shown and consistent with the Court's October 1, 2019 Stipulated Motion and Order to Stay Case (Dkt. # 24), the parties hereby advise the Court that mediation has been rescheduled to June 3, 2020, and respectfully request that the case and all deadlines and motions continue to be stayed until June 12, 2020.

This motion is made for good cause and not for the purpose of delay. The parties scheduled mediation with David A. Rotman for April 2, 2020, but the mediation has been rescheduled to June 3, 2020 due to the COVID-19 pandemic. The parties jointly agree that extending the stay of the case and all deadlines and motions will permit the parties to engage in good faith settlement negotiations and continue to work towards a potential resolution of this matter once they can safely travel to San Francisco, California, to attend mediation in person.

STIPULATED MOTION TO EXTEND
STAY TO JUNE 12, 2020
(No. 2:19-cv-00597) –1
92264493.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

For the foregoing reasons, the parties respectfully request that the Court extend the stay in this matter until June 12, 2020, to enable the parties to attend the rescheduled mediation.

DATED: April 7, 2020

By: *s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen #33787
William B. Stafford #39849
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CDPetersen@perkinscoie.com
WStafford@perkinscoie.com
CEberhardt@perkinscoie.com
SHolstein@perkinscoie.com

*Attorneys for Defendant*

By: *s/ Molly A. Elkin*
Molly A. Elkin, *pro hac vice*
Sarah M. Block, *pro hac vice*
McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

David M. Gaba (WA Bar No. 18908)
Compass Law Group
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154
Telephone: 206.251.5488
Email: davegaba@compasslegal.com

Patricia L. Vannoy, *pro hac vice*
Mattson Ricketts Law Firm
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO JUNE 12, 2020
(No. 2:19-cv-00597) –2
92264493.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED.**

DATED this 8th day of April, 2020.

                     RICARDO S. MARTINEZ
                     CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen (WA Bar No. 3378)
William B. Stafford (WA Bar No. 39849)
Charles N. Eberhardt (WA Bar No. 18019)
Stephanie R. Holstein (WA Bar No. 50802)
Perkins Coie LLP

*Attorneys for Defendant*


*/s/ Molly A. Elkin*
Molly A. Elkin *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGillivary Steele Elkin LLP

David M. Gaba (WA Bar No. 18908)
Compass Law Group, PS Inc.

Patricia L. Vannoy *(admitted pro hac vice)*
Mattson Ricketts Law Firm

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO JUNE 12, 2020
(No. 2:19-cv-00597) –3
92264493.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| David M. Gaba<br>Compass Law Group<br>1001 Fourth Avenue, Ste. 3200<br>Seattle, WA 98154<br>Telephone: 206.251.5488<br>Email: davegaba@compasslegal.com<br>*Attorney for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |
| Molly A. Elkin<br>Sarah M. Block<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Ste. 1000<br>Washington, DC 20005<br>Telephone: 202.833.8855<br>Email: mae@mselaborlaw.com<br>Email: smb@mselaborlaw.com<br>*Attorneys for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |
| Patricia L. Vannoy<br>Mattson Ricketts Law Firm<br>134 S 13th Street, Ste. 1200<br>Lincoln, NE 68508<br>Telephone: 402.475.8433<br>Email: bao@mattsonricketts.com<br>*Attorney for Plaintiffs* | ____Via Hand Delivery<br>____Via U.S. Mail, 1st Class, Postage Prepaid<br>____Via Overnight Courier<br>____Via Facsimile<br>__X__Via E-Filing |

DATED this 7th day of April, 2020 in Seattle, Washington.

*s/Mary L. Lyles*
Mary L. Lyles, Legal Practice Assistant

CERTIFICATE OF SERVICE – 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92264493.1