UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:19-cv-00597<br><br>STIPULATED MOTION AND ORDER TO EXTEND STAY TO OCTOBER 30, 2020 |

The parties, by and through the undersigned counsel, hereby submit this Stipulated Motion to Extend Stay. For good cause shown and consistent with the Court's October 1, 2019 Stipulated Motion and Order to Stay Case (Dkt. # 24), the parties hereby advise the Court that they are in the process of rescheduling the September 15, 2020 mediation and respectfully request that the case and all deadlines and motions continue to be stayed until October 30, 2020.

This motion is made for good cause and not for the purpose of delay. The parties had twice rescheduled mediation with David A. Rotman from April 2, 2020 to June 3, 2020 to September 15, 2020, due to the COVID-19 pandemic. Because closures related to the pandemic have persisted, Mr. Rotman canceled all in-person mediations for the foreseeable future. Because Defendant The Boeing Company is committed to participating in an in-person mediation, the parties are in the process of rescheduling the mediation to a currently unknown time in October

and before a currently unknown mediator who is able to safely conduct an in-person mediation in Seattle. The parties are working diligently to identify and secure a new mediator and mediation date.

The parties jointly agree that extending the stay of the case and all deadlines and motions will permit the parties to reschedule the mediation, engage in good faith settlement negotiations, and continue to work towards a potential resolution of this matter once they can safely attend mediation in person.

For the foregoing reasons, the parties respectfully request that the Court extend the stay in this matter that is set to expire on September 25, 2020 to October 30, 2020, to enable the parties to reschedule and attend the mediation.

STIPULATED MOTION TO EXTEND
STAY TO OCTOBER 30, 2020
(No. 2:19-cv-00597) –2

92308378.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 25, 2020 | By:  *s/ Chelsea Dwyer Petersen* |
| 3 | | Chelsea Dwyer Petersen #33787 |
| | | William B. Stafford #39849 |
| 4 | | Charles N. Eberhardt #18019 |
| | | Stephanie R. Holstein #50802 |
| 5 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 6 | | Seattle, WA  98101-3099 |
| | | Telephone:  206.359.8000 |
| 7 | | Facsimile:  206.359.9000 |
| | | Email:    CDPetersen@perkinscoie.com |
| 8 | |              WStafford@perkinscoie.com |
| | |              CEberhardt@perkinscoie.com |
| 9 | |              SHolstein@perkinscoie.com |
| | | *Attorneys for Defendant* |

By:  *s/ Molly A. Elkin*
Molly A. Elkin, *pro hac vice*
Sarah M. Block, *pro hac vice*
McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

Alex Skalbania (WA Bar No. 15412)
Skalbania & Vinnedge
3600 15th Avenue W Suite 201
Seattle, WA 98119
Telephone: (206) 799-6937
Email: askalbania@aol.com

Patricia L. Vannoy, *pro hac vice*
Mattson Ricketts Law Firm
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED this 28th day of September, 2020.

                                         _[signature]_
                                         RICARDO S. MARTINEZ
                                         CHIEF UNITED STATES DISTRICT JUDGE