THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:19-cv-00597<br><br>STIPULATED MOTION AND ORDER TO EXTEND STAY TO NOVEMBER 30, 2020<br><br>NOTE ON MOTION CALENDAR:<br>October 30, 2020 |

The parties, by and through the undersigned counsel, hereby submit this Stipulated Motion to Extend Stay. For good cause shown and consistent with the Court's October 1, 2019 Stipulated Motion and Order to Stay Case (Dkt. # 24), the parties hereby advise the Court that they participated in a mediation on October 26, 2020, and respectfully request that the case and all deadlines and motions continue to be stayed until November 30, 2020, while the parties continue to work towards a resolution of this matter.

This motion is made for good cause and not for the purpose of delay. The parties had twice rescheduled mediation with David A. Rotman from April 2, 2020 to June 3, 2020 to September 15, 2020, due to the COVID-19 pandemic. Because closures related to the pandemic persisted, Mr. Rotman canceled all in-person mediations for the foreseeable future. Defendant The Boeing Company was committed to participating in an in-person mediation, but ultimately

STIPULATED MOTION TO EXTEND
STAY TO NOVEMBER 30, 2020
(No. 2:19-cv-00597) –1
92315372.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

the parties agreed to participate in a virtual mediation with Mr. Rotman on October 26, 2020. The parties jointly agree that extending the stay of the case and all deadlines and motions will permit the parties to continue to work towards a resolution of this matter based on the progress they made toward settlement during the mediation.

For the foregoing reasons, the parties respectfully request that the Court extend the stay in this matter that is set to expire on October 30, 2020 to November 30, 2020, to enable the parties to reach a settlement in this case.

STIPULATED MOTION TO EXTEND
STAY TO NOVEMBER 30, 2020
(No. 2:19-cv-00597) –2
92315372.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED:  October 30, 2020

By: *s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen #33787
William B. Stafford #39849
Charles N. Eberhardt #18019
Stephanie R. Holstein #50802
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:    CDPetersen@perkinscoie.com
           WStafford@perkinscoie.com
           CEberhardt@perkinscoie.com
           SHolstein@perkinscoie.com
*Attorneys for Defendant*


By: *s/ Molly A. Elkin*
Molly A. Elkin, *pro hac vice*
Sarah M. Block, *pro hac vice*
McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Ste. 1000
Washington, DC 20005
Telephone: 202.833.8855
Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com

Alex Skalbania (WA Bar No. 15412)
Skalbania & Vinnedge
3600 15th Avenue W Suite 201
Seattle, WA 98119
Telephone: (206) 799-6937
Email: askalbania@aol.com

Patricia L. Vannoy, *pro hac vice*
Mattson Ricketts Law Firm
134 S 13th Street, Ste. 1200
Lincoln, NE 68508
Telephone: 402.475.8433
Email: bao@mattsonricketts.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO NOVEMBER 30, 2020
(No. 2:19-cv-00597) –3
92315372.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen (WA Bar No. 3378)
William B. Stafford (WA Bar No. 39849)
Charles N. Eberhardt (WA Bar No. 18019)
Stephanie R. Holstein (WA Bar No. 50802)
Perkins Coie LLP

*Attorneys for Defendant*

*/s/ Molly A. Elkin*
Molly A. Elkin *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGillivary Steele Elkin LLP

Alex Skalbania (WA Bar No. 15412)
Skalbania & Vinnedge

Patricia L. Vannoy *(admitted pro hac vice)*
Mattson Ricketts Law Firm

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND
STAY TO NOVEMBER 30, 2020
(No. 2:19-cv-00597) –4
92315372.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Alex Skalbania (WA Bar No. 15412)<br>Skalbania & Vinnedge<br>3600 15th Avenue W Suite 201<br>Seattle, WA 98119<br>Telephone: (206) 799-6937<br>Email: askalbania@aol.com<br>*Attorney for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>**X** Via E-Filing |
| Molly A. Elkin<br>Sarah M. Block<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave. NW, Ste. 1000<br>Washington, DC 20005<br>Telephone: 202.833.8855<br>Email: mae@mselaborlaw.com<br>Email: smb@mselaborlaw.com<br>*Attorneys for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>**X** Via E-Filing |
| Patricia L. Vannoy<br>Mattson Ricketts Law Firm<br>134 S 13th Street, Ste. 1200<br>Lincoln, NE 68508<br>Telephone: 402.475.8433<br>Email: bao@mattsonricketts.com<br>*Attorney for Plaintiffs* | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Courier<br>____ Via Facsimile<br>**X** Via E-Filing |

DATED this 30th day of October, 2020 in Seattle, Washington.

*s/Mary L. Lyles*
Mary L. Lyles, Legal Practice Assistant

CERTIFICATE OF SERVICE – 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92315372.1