THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:19-cv-00597-RSM<br><br>**ORDER RE:<br>UNOPPOSED MOTION TO SUBSTITUTE DAVID JOHNSON FOR PLAINTIFF CYNTHIA JOHNSON** |

Upon consideration of Plaintiffs' Unopposed Motion to Substitute David Johnson for Plaintiff Cynthia Johnson, it is hereby **ORDERED** that:

(1) The Motion is granted; and

(2) David Johnson is substituted for Plaintiff Cynthia Johnson in the above-captioned case for the sole purpose of administering the distribution of Ms. Johnson's incentive payment and share of the settlement fund to her estate if the settlement is approved by the Court.

ORDER RE: MOTION TO SUBSTITUTE
DAVID JOHNSON FOR
PLAINTIFF CYNTHIA JOHNSON

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

Dated this 29th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Molly A. Elkin*
Molly A. Elkin *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGillivary Steele Elkin LLP

*/s/ Alex Skalbania*
Alex Skalbania (WA Bar #15412)
Skalbania & Vinnedge

Patricia L. Vannoy *(admitted pro hac vice)*
Mattson Ricketts Law Firm

*Attorneys for Plaintiffs*

2

ORDER RE: MOTION TO SUBSTITUTE
DAVID JOHNSON FOR
PLAINTIFF CYNTHIA JOHNSON

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

ORDER RE: MOTION TO SUBSTITUTE
DAVID JOHNSON FOR
PLAINTIFF CYNTHIA JOHNSON

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855