THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, and JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:19-cv-00597-RSM<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 1, 2021** |

Plaintiffs Jaine Bialk and Brenda Bezeredi[1] and Defendant the Boeing Company (the "Parties") respectfully move this Court for preliminary approval of the proposed settlement agreement attached as **Exhibit A** (the "Agreement"), for provisional certification of a Washington State class pursuant to Fed. R. Civ. P. 23(e) for settlement purposes only, and for certification of

---

[1] Plaintiff Cynthia Johnson died on April 2, 2020, while this matter was stayed pending settlement discussions. Pursuant to the Court's Order (Dkt. 40), Ms. Johnson's eldest son, David Johnson, has been substituted for Ms. Johnson for the purpose of administering the distribution of Ms. Johnson's incentive payment and share of the settlement fund to her estate.

1

JOINT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

92336536.2

1  a collective action pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") for

2  settlement purposes only, with the proposed settlement class and collective both to be limited to

3  Settlement Class Members, as defined in the Agreement.

4      For the reasons set forth in the supporting Memorandum of Law and the attached

5  declarations, the Agreement is "fair, reasonable and adequate," provides Settlement Class

6  Members with substantial monetary relief, and satisfies all other criteria for preliminary approval.

7      Accordingly, the Parties respectfully request that the Court grant this Joint Motion and

8  enter a Preliminary Approval Order, in the form attached hereto as **Exhibit B**, that: (1)

9  preliminarily approves the Agreement; (2) approves the Notice of Class and Collective Action

10 Settlement attached as **Exhibit C**; (3) appoints Rust Consulting, Inc. as the Settlement

11 Administrator, as defined in the Agreement; (4) certifies the FLSA collective action pursuant to

12 29 U.S.C. § 216(b) for settlement purposes only; (5) preliminarily certifies the Washington State

13 class pursuant to Fed. R. Civ. P. 23(e) for settlement purposes only; (6) appoints Plaintiffs' counsel

14 as Class Counsel, as defined in the Agreement; and (7) sets a Final Approval and Fairness Hearing

15 on a date not less than one hundred (100) days from the date of the Preliminary Approval Order.

16 Dated: February 1, 2021

*/s/ Molly A. Elkin*
Molly A. Elkin (*admitted pro hac vice*)
17 Sarah M. Block (*admitted pro hac vice*)
McGillivary Steele Elkin LLP
18 1101 Vermont Ave. NW
Suite 1000
19 Washington, DC 20005
Phone: (202) 833-8855
20 Email: mae@mselaborlaw.com
Email: smb@mselaborlaw.com
21

*/s/ Alex Skalbania*
22 Skalbania & Vinnedge (WA Bar #15412)

2

23 JOINT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND
24 CERTIFICATION OF SETTLEMENT CLASS      McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
25 Case No. 2:19-cv-00597-RSM      Washington, DC 20005
(202) 833-8855

92336536.2

3600 15th Avenue W Suite 201
Seattle, WA 98119
Phone: (206) 799-6937
Email: askalbania@aol.com

Patricia L. Vannoy (*admitted pro hac vice*)
Mattson Ricketts Law Firm
134 S. 13th Street, Ste. 1200
Lincoln, NE 68508
Phone: (402) 475-8433
Email: plv@mattsonricketts.com

*Attorneys for Plaintiffs*

*/s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen
William B. Stafford
Charles N. Eberhardt
Stephanie R. Holstein
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: CDPetersen@perkinscoie.com
Email: BStafford@perkinscoie.com
Email: CEberhardt@perkinscoie.com
Email: SHolstein@perkinscoie.com

*Attorneys for Defendant*

3

JOINT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

92336536.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, the foregoing Motion was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all Counsel of Record.

*/s/ Molly A. Elkin*
Molly A. Elkin

4

JOINT MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

92336536.2