UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:19-cv-00597-RSM<br><br>**PRELIMINARY APPROVAL ORDER** |

For the reasons set forth in the Parties' Joint Motion for Preliminary Approval of Settlement and Certification of Settlement Class ("Motion"), Dkt. #42, and the Memorandum of Law in support of the Motion ("Memorandum"), Dkt. #43, the Court hereby orders the following:

1. The Motion, Dkt. #42, is GRANTED.  Pending Motions to dismiss and to certify class, Dkts. #13 and #16, are STRICKEN as MOOT.

2. The parties' settlement agreement attached to the Motion as Exhibit A ("Agreement"), Dkt. #42-1, is preliminarily approved;

3. The Notice of Class and Collective Action Settlement attached to the Motion as Exhibit C, Dkt. #42-3, is approved;

4. Rust Consulting, Inc. is appointed as the Settlement Administrator;

PRELIMINARY APPROVAL ORDER - 1

5. The FLSA collective action is certified pursuant to 29 U.S.C. § 216(b) for settlement purposes only;

6. The Washington State class is preliminarily certified pursuant to Fed. R. Civ. P. 23(e) for settlement purposes only;

7. The settlement class and collective are both limited to Settlement Class Members, as defined in the Agreement;

8. Plaintiffs' counsel is appointed as Class Counsel; and

9. The Parties will appear for a Final Approval and Fairness Hearing before the undersigned judge on Wednesday, June 9, 2021, at 10:00 A.M.

It is SO ORDERED.

DATED this 19th day of February, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRELIMINARY APPROVAL ORDER

2