THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE BOEING COMPANY,

Defendant.

Case No. 2:19-cv-00597-RSM

**FINAL APPROVAL ORDER**

**NOTE ON MOTION CALENDAR:**
**June 2, 2021**

For the reasons set forth in the Parties' Joint Motion for Final Approval of Settlement Agreement ("Motion") and the Memorandum of Law in support of the Motion ("Memorandum"), the Court hereby orders the following:

1. The Motion is **GRANTED**.

2. A *bona fide* legal dispute exists between the Parties as to whether Settlement Class Members are owed any wages, overtime compensation, statutory damages, and related relief;

3. The Settlement Agreement ("Agreement"), including all information contained in the Notice of Class and Collective Action Settlement, is approved as fair reasonable, adequate and binding on all Named Plaintiffs and Settlement Class Members who did not opt out of the

1

ORDER

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

92374933.1

Settlement, and with respect to the FLSA claims, is binding on all Settlement Class Members who either cash their Settlement Check or obtain the Settlement Payment from the Unclaimed Property Division;

4. The procedure to pay the Class Settlement Fund into the Qualified Settlement Fund ("QSF") in accordance with Paragraph 10.5 of the Agreement is approved;

5. The QSF shall be administered in accordance with Sections 10-13 of the Agreement;

6. A Stipulation of Dismissal shall be entered in accordance with the Agreement;

7. The Attorneys' fees and actual expenses are approved in accordance with Paragraph 9.4 of the Agreement; and

8. This Court shall retain jurisdiction over the interpretation and implementation of the Agreement, as well as any and all matters arising out of or related to the interpretation of the Agreement.

It is SO ORDERED.

DATED this 9th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER

Case No. 2:19-cv-00597-RSM

2

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855

92374933.1