THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA JOHNSON, BRENDA BEZEREDI, JAINE BIALK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:19-cv-00597-RSM<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

For the reasons set forth in Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Court hereby orders the following:

1. The Motion is **GRANTED**.

2. An award of attorneys' fees in the amount of $666,666.67, which is equal to 33.33% of the Class Settlement Fund, is approved;

3. Reimbursement of litigation expenses in the amount of $21,402.70 is approved.

It is SO ORDERED.

DATED this 9th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER

Case No. 2:19-cv-00597-RSM

McGillivary Steele Elkin LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
(202) 833-8855